**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 20-CR-117 (DLF)** |
| | **:** | |
| **GRAHAM LLOYD,** | **:** | |
| **RYAN LANE,** | **:** | **VIOLATION:** |
| **LEE MICHAEL CANTRELL,** | **:** | **18 U.S.C. §§ 1752(a)(2) and (b)(2)** |
| **CONNOR JUDD, and** | **:** | **(Restricted Building or Grounds)** |
| **UZZIAH HAIRSTON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about June 22, 2020, within the District of Columbia, defendants **GRAHAM LLOYD**, **RYAN LANE**, **LEE MICHAEL CANTRELL**, **CONNOR JUDD**, and **UZZIAH HAIRSTON**, did knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of government business or official functions.

(**Restricted Building or Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(2) and 1752(b)(2))

1

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:      */s/ Christopher A. Berridge*

Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 4th Street, N.W., Room 4124
Washington, D.C. 20530
202-252-6685
Christopher.Berridge@usdoj.gov

Thomas G. Strong
Assistant United States Attorney
NY Bar No. 4958658
555 4th Street, N.W., Room 4110
Washington, DC 20530
(202) 252-7063
Thomas.Strong@usdoj.gov